UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN G. DUBOIS,<br><br>　　　Plaintiff - Appellant,<br><br>And<br><br>TIMOTHY PRINDABLE,<br><br>　　　Plaintiff,<br><br>V.<br><br>ASSOCIATION OF APARTMENT OWNERS OF 2987 KALAKAUA, a domestic nonprofit corporation; et al.,<br><br>　　　Defendants - Appellees. | No.  04-15695<br>D.C. No.  CV-02-00504-ACK<br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>SEP 0 1 2006<br><br>at ___ o'clock and ___ min. ___M<br>SUE BEITIA, CLERK |

　　　Appeal from the United States District Court for the District of Hawaii (Honolulu).

　　　This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

　　　On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/13/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 3 0 2006

by: _____
　　　Deputy Clerk