```
INTERNAL USE ONLY: Proceedings include all events.
04-15695 Dubois, et al v. Association of Apt, et al

JOHN G. DUBOIS                          Shawn A. Luiz, Esq.
     Plaintiff - Appellant              FAX 808/538-0600
                                        808/538-0500
                                        Ste. 800
                                        [COR LD NTC ret]
                                        Law Offices
                                        810 Richards Street
                                        Honolulu, HI 96813

TIMOTHY PRINDABLE                       Shawn A. Luiz, Esq.
     Plaintiff                          (See above)
                                        [COR LD NTC ret]


   v.

ASSOCIATION OF APARTMENT                Lissa H. Andrews, Esq.
OWNERS OF 2987 KALAKAUA, a              FAX 808-521-0597
domestic nonprofit corporation          808-521-0400
     Defendant - Appellee               Suite 2400
                                        [COR LD NTC ret]
                                        RUSH MOORE CRAVEN SUTTON MORRY
                                        & BEH
                                        Pacific Gardian Ctr., Mauka
                                        Twr.
                                        737 Bishop St.
                                        Honolulu, HI 96813

CERTIFIED MANAGEMENT INC., a            Lisa H. Andrews, Esq.
domestic corporation                    FAX 808/521-0567
     Defendant - Appellee               808/521-0400
                                        Suite 2400
                                        [COR LD NTC ret]
                                        RUSH MOORE CRAVEN SUTTON MORRY
                                        & BEH
                                        Pacific Gardian Ctr., Mauka
                                        Twr.
                                        737 Bishop St.
                                        Honolulu, HI 96813

LOIS CAIN                               Lisa H. Andrews, Esq.
     Defendant - Appellee               (See above)
                                        [COR LD NTC ret]

STACY TOKAIRIN                          Lisa H. Andrews, Esq.
     Defendant - Appellee               (See above)
                                        [COR LD NTC ret]

SUZANNE MACGILL                         Lisa H. Andrews, Esq.
     Defendant - Appellee               (See above)
                                        [COR LD NTC ret]

JOHN DOES 1-10                          No appearance
     Defendant - Appellee               No appearance
```

```
                                              MOATT    INVATT
                                                           i
INTERNAL USE ONLY: Proceedings include all events.
04-15695 Dubois, et al v. Association of Apt, et al


DOE PARTNERSHIP                    No appearance
     Defendant - Appellee          (See above)

DOE CORPORATIONS, or other         No appearance
Entities 1-10                      (See above)
     Defendant - Appellee
```