


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

August 30, 2006

**RECEIVED**
CLERK, U.S. DISTRICT COURT
SEP 0 1 2006
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-15695 | Dubois v. Association of Apt | CV-02-00504-ACK |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk

Enclosure(s)
cc: All Counsel